HAROLD BLACK, Appellant, *v.* VINCENT R. IMPELLITTERI et al., Respondents.

Submitted February 24, 1953; decided March 5, 1953.

*Denis M. Hurley, Corporation Counsel (Anthony Curreri* of counsel), for motion.

*Emanuel Redfield* opposed.

Motion denied, with leave to renew upon the argument.